IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRIAM PEREZ, as Next Friend for
RICHARD ROBERTS (DC #098865),
    Petitioner,

vs.                                        Case No. 3:08cv245/LAC/EMT

MONICA DAVID, CHAIRMAN,
    Respondent.
_____/

## ORDER

Petitioner has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on behalf of Richard Roberts (Doc. 10). The filing fee has been paid.

Initially, Petitioner has not named the proper Respondent in this action. The proper Respondent is the state officer who has custody of Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. In the instant case, Petitioner is not incarcerated but is under conditional release supervision, which is administered by the Florida Parole Commission. Therefore, the proper Respondent is Monica David, Chairman of the Florida Parole Commission.

Additionally, although Petitioner used the appropriate form for § 2254 petitions, she has failed to properly complete the form. Question 14 on the petition form requires Petitioner to set forth all grounds on which she challenges Mr. Roberts' conditional release supervision and provide a summary of specific facts in support of each ground. Petitioner left this part of the petition form blank. Likewise, Petitioner did not complete Question 15, which requires her to state the relief she seeks from the court (for example, if Petitioner is seeking termination of Mr. Roberts' conditional release supervision, she must state such). Petitioner's failure to complete the form is not acceptable. By initiating this habeas action, Petitioner is obviously seeking action by this court; however, she must identify the relief she seeks, and she must state the reasons she believes Mr. Roberts' continued

supervision on conditional release violates federal law. Petitioner must present this information in a Second Amended Petition

To amend the petition, Petitioner should completely fill out a new habeas petition form, marking it "**Second Amended Petition**." Petitioner is advised that the amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida. Additionally, Petitioner shall provide two service copies of the Second Amended Petition in addition to the original.

Accordingly, it is **ORDERED**:

1. The clerk shall change the docket to reflect that Myriam Perez, as Next Friend for Richard Roberts (DC #098865) is the Petitioner in this case, and Monica David, Chairman of the Florida Parole Commission, is the sole Respondent.[1] Additionally, the clerk is directed to send to Petitioner the form for use in Section 2254 cases. This case number shall be written on the form.

2. Petitioner shall file an amended petition as instructed in this order. Petitioner shall completely fill out the new petition form, marking it "Second Amended Petition." Additionally, petitioner shall provide two (2) service copies of the amended petition in addition to the original.

3. Petitioner's failure to comply with this order within **THIRTY (30) DAYS** from the date of docketing of this order will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 17th day of July 2008

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This instruction to the clerk does not foreclose Respondent from challenging Ms. Perez's standing to proceed as next friend for Mr. Roberts.

Case No: 3:08cv245/LAC/EMT