IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRIAM PEREZ, as next friend of
RICHARD ROBERTS,
    Petitioner,

vs.                                       Case No. 3:08cv245/LAC/EMT

FREDERICK B. DUNPHY,
    Respondent.
_____/

**O R D E R**

    This cause is before the court on Respondent's Motion to Dismiss the habeas petition for failure to exhaust state court remedies and failure to state a federal claim (Doc. 22).  Before the court rules on this matter, Petitioner shall be given an opportunity to respond.

    Accordingly, it is **ORDERED**:

    Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

    **DONE AND ORDERED** this 15th day of October 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**