IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MYRIAM PEREZ, as next friend for
RICHARD ROBERTS, #098865,
    Petitioner,

vs.                                    Case No.: 3:08cv245/LAC/EMT

FREDERICK B. DUNPHY, CHAIRMAN,
    Respondent.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 27, 2009 (Doc. 25). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

      Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Respondent's motion to dismiss (Doc. 22) is **GRANTED**.

      3. This case is dismissed without prejudice for Petitioner's failure to exhaust state remedies pursuant to 28 U.S.C. § 2254(b).

      **DONE AND ORDERED** this 2nd day of March, 2009.

                                          s/_L.A. Collier_
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**